Nolan James Fulcher
PLAINTIFF/PETITIONER/MOVANT'S NAME

T-38393
PRISON NUMBER

C.R.C. 306-36L
PLACE OF CONFINEMENT

P.O. Box 3535
Norco, CA 92860-0991
ADDRESS

**FILED**
JUL - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Nolan James Fulcher,
Plaintiff/Petitioner/Movant

v.

The People of The State of California,
Defendant/Respondent

Civil No. 08 CV 1213 H AJB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Nolan James Fulcher, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒Yes ☐No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration California Rehabilitation Center (C.R.C.)
    Are you employed at the institution?          ☐ Yes ☒No
    Do you receive any payment from the institution? ☐ Yes ☒No

    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                     K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *I don't remember! I think it was 1987, $18,000.⁰⁰ a year, and the name was, San Jose Mercury News, San Jose, California.*

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

---

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Nolan James Fulcher__,
(NAME OF INMATE)

__T38393__,
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at

__California Rehabilitation__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0__,

and the *average monthly deposits* to the applicant's account was $ __0__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__6/27/08__
DATE

__Cindy Samano__ (signature)
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Cindy Samano__
OFFICER'S FULL NAME (PRINTED)

__Accountant Supervisor__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)    -4-    K:\COMMON\FORMS\CIV-67

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Nolan James Fulcher__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☑ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__6-12-08__                                    __Nolan J. Fulcher__
DATE                                           SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                                    REPORT DATE: 06/27/08
                                                           PAGE NO:            1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIF. REHABILITATION CENTER
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 27, 2008

ACCOUNT NUMBER  : T38393                     BED/CELL NUMBER: 3 060000000036L
ACCOUNT NAME    : FULCHER, NOLAN JAMES           ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

               << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            CURRENT HOLDS IN EFFECT
  DATE       HOLD
 PLACED      CODE       DESCRIPTION              COMMENT         HOLD AMOUNT
09/17/2007   H110     COPIES HOLD                COPIES0841           0.44

                             TRUST ACCOUNT SUMMARY
 BEGINNING       TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS      WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED

    0.00         0.00           0.00           0.00          0.44            0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE

                                                                0.44
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Cindy Sama_
   TRUST OFFICE